**DeORCHIS, WIENER & PARTNERS,** LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiffs
ZIM AMERICAN INTEGRATED SHIPPING
SERVICES CO., INC. and
ZIM INTEGRATED SHIPPING SERVICES, LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZIM AMERICAN INTEGRATED SHIPPING
SERVICES CO., INC. and ZIM INTEGRATED
SHIPPING SERVICES, LTD.,

                          Plaintiffs,

    -against-

WICE LOGISTICS USA, INC., AA FREIGHT
INC., MINGTAI FIRE & MARINE
INSURANCE CO., LTD., SUPER ALLOY
INDUSTRIAL CO., LTD., IQS WHEEL
SYSTEM, LLC, and MAHER TERMINALS,
LLC,

                          Defendants.

-------------------------------------------------------------X

**JUDGE KAPLAN**

**07 CIV 4632**

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Plaintiffs certify upon information and belief that the following are corporate

parents, subsidiaries, or affiliates which may be publicly held:

Alhoutyam Ltd.
Galmarine Ltd.
M. Dizengoff & Co. Ltd.
Hadarim Haifa
International Forwarding Co. of Israel Ltd.
Layam Co. Ltd.
Zim Passenger Lines (1970) Ltd.
Kedem Land Bridge Co. Ltd.

Sela Technologies Ltd.
Worldwide
Astromar S.A. MADRIED
GSI Cargo Systems (U.K.) Ltd.
GSI Cargo Systems Inc. New York
Astramaris Schiffahrtskontor GmbH Hamburg
Astramaris Shipping & Forwarding Agencies B.V.
Rotterdam
Globe Star Shipping PTY
Melbourne
Hellastir Piraeus
Marseilles Consignation S.A. Marseilles
Seven Star Containers Afretamento Ltd./Sao Paulo
Star Agenzia Maritima (Genoa) S.R.L. Genoa
Star Shipping Agencies Ltd. London
Star Shipping Agencies S.A. Antwerp
Star Shipping Agencies, Singapore
Zim Inter Americas Service
Zim Integrated Shipping Services, Ltd.
Zim-Israeli Navigation Co. (Canada) Ltd.
Star East Africa Co. Ltd.
Ass. Marine Charterers Inc.
Haverton Shipping Ltd.

Dated: New York, New York
        May 31, 2007

DEORCHIS, WIENER & PARTNERS, LLP

Attorneys for ZIM INTEGRATED SHIPPING
SERVICES, LTD., ZIM AMERICAN
INTEGRATED SHIPPING SERVICES CO., INC.

By: _____
    Vincent M. De Orchis, Esq. (VMD-6515)
    61 Broadway, 26th Floor
    New York, New York  10006-2802
    (212) 344-4700
    Our File:  1236-688

W:\1236-688\Legals\Rule 7.1 Statement.Doc 5/31/07-