DeORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiffs
ZIM AMERICAN INTEGRATED SHIPPING
SERVICES CO., INC. and
ZIM INTEGRATED SHIPPING SERVICES, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ZIM AMERICAN INTEGRATED SHIPPING
SERVICES CO., INC. and ZIM INTEGRATED
SHIPPING SERVICES, LTD.,

      Plaintiffs,      07 CIV 4632 (LAK)

  -against-

WICE LOGISTICS USA, INC., AA FREIGHT  **PARTIAL**
INC., MINGTAI FIRE & MARINE  **VOLUNTARY DISMISSAL**
INSURANCE CO., LTD., SUPER ALLOY
INDUSTRIAL CO., LTD., IQS WHEEL
SYSTEM, LLC, and MAHER TERMINALS,
LLC,

      Defendants.

-------------------------------------------------------X

  Plaintiffs ZIM AMERICAN INTEGRATED SHIPPING SERVICES CO., INC. and

ZIM INTEGRATED SHIPPING SERVICES, LTD., through their attorneys, DeOrchis,

Wiener & Partners, LLP., hereby voluntarily dismiss the defendant MINGTAI FIRE &

MARINE INSURANCE CO., LTD. from this action without prejudice pursuant to Rule 41(a)

of the Federal Rules of Civil Procedure.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07

Dated: New York, New York
       June 20, 2007

                                        DEORCHIS, WIENER & PARTNERS, LLP
                                        Attorneys for Plaintiffs
                                        ZIM AMERICAN INTEGRATED SHIPPING
                                        SERVICES CO., INC. and ZIM INTEGRATED
                                        SHIPPING SERVICES, LTD.,

                                        By: _____
                                        Vincent M. DeOrchis (VMD-6515)
                                        61 Broadway, 26th Floor
                                        New York, New York  10006-2802
                                        (212) 344-4700
                                        Our File:  1236-688

W:\1236-688\Legals\Voluntary Dismissal Of Ming Tai 062007.Mh.Doc

                                                              SO ORDERED:

                                                              _____
                                                                          U.S.D.J.