MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/26/17_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ZIM AMERICAN INTEGRATED SHIPPING
SERVICES CO., INC. and ZIM INTEGRATED      :    **Case No.: 07 CV 4632 (LAK)**
SHIPPING SERVICES, LTD.
                                            :
                        Plaintiffs,         :

              v.                            :

WICE LOGISTICS USA, INC., AA FREIGHT        :
INC., MINGTAI FIRE & MARINE INSURANCE
CO., LTD., SUPER ALLOY INDUSTRIAL CO.,      :
LTD, IQS WHEEL SYSTEM, LLC, and MAHER       :    **STIPULATION**
TERMINALS, LLC,
                                            :
                        Defendants          :
-----------------------------------------------------------x

RECEIVED
JUN 2 6 2007
JUDGE KAPLAN'S CHAMBERS

     IT IS HEREBY STIPULATED AND AGREED by and between the counsel for

Plaintiffs and Defendant Wise Logistics USA, Inc. that the time for Defendant Wice Logistics

USA, Inc. to respond and execute Plaintiffs' Notice of Lawsuit and Request for Waiver of

Service of Summons dated June 4, 2006 is extended up to and including July 9, 2007.

     IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be

executed in multiple counterparts and exchanged by e-mail or facsimile with the same force

and effect as if executed and exchanged in the original.

Dated: June _____, 2007

**DeOrchis Wiener & Partners, LLP**          **Rodriguez O'Donnell Ross**
                                             **Gonzalez & Williams, P.C.**

By: _____                   By: _____
Vincent M. De Orchis Esq. (VMD-6515)         Henry P. Gonzalez, LL.M. (HG 9238)
61 Broadway, 26th Floor                      1211 Connecticut Ave., N.W, Suite 800
New York, New York 1006-2802                 Washington, D.C. 20036
(212) 344-4700    Telephone                  (202) 973-2980    Telephone

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ