# DeOrchis, Wiener & Partners, LLP

**MEMO ENDORSED**

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office: |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203<br>Ft. Lauderdale, FL 33324<br>(954) 652-0100 | 61 Broadway, 26th Floor<br>New York, New York 10006-2802 | 1495 Morris Avenue<br>Union, NJ 07083<br>(973) 467-4740 |
| Connecticut Office:<br>24 Hoyt Street<br>Stamford, CT 06905<br>(203) 323-9120 | Telephone: (212) 344-4700<br>Facsimile: (212) 422-5299<br>www.marinelex.com | Massachusetts Office:<br>2355 Main Street, P.O. 186<br>S. Chatham, MA 02659<br>(508) 432-2121 |



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

October 2, 2007

Vincent M. De Orchis, Partner
vdeorchis@marinelex.com

**VIA FACSIMILE No.: 212-805-7910**

Honorable Judge Lewis A. Kaplan
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *Zim American Integrated Shipping Services Co., Inc., et al v. Wice Logistics USA, Inc. et al.*
           07 Civ. 4632
           Our file no.: 1236-688

Dear Judge Kaplan:

    We are counsel representing the plaintiffs Zim American Integrated Shipping Services Co., Inc. and Zim Integrated Shipping Services, Ltd. in the above captioned matter. This matter is presently scheduled for an initial conference before the Court on October 4, 2007. As the Court is undoubtedly aware, a partial voluntary dismissal was previously filed on June 21, 2007 against the primary defendant, Ming Tai.

    Presently, there is only one defendant left in the lawsuit, which is Wice Logistics USA, Inc. I am pleased to report that we were able to settle the matter through counsel for Wice Logistics, Mr. Henry Gonzalez, during the summer. We have provided his office with the necessary general releases, and we are awaiting settlement funds. We understand that the settlement funds should be received by our office momentarily.

    Consequently, as advised to your Deputy Clerk today by telephone, we would respectfully request that Your Honor (a) cancel the initial conference scheduled for October 4, and (b) enter a 30-Day Order of Dismissal in respect to the remaining defendant, Wice

Honorable Judge Lewis A. Kaplan
United States District Judge
October 2, 2007
Page -2-

Logistics, USA. We believe that with these steps, the matter will be put to a final rest in a week or so.

We thank the Court in advance for its attention and indulgence to this request.

                Very truly yours,

                DeORCHIS, WIENER & PARTNERS, LLP

                By [signature]
                Vincent M. De Orchis

VMD:kc
W:\1236-868\Corres\Judge Kaplan, 100207, Vmd.Doc 10/2/07-kc

cc:   **VIA FACSIMILE No.: 202-293-3307**

      Rodriguez, O'Donnell Ross Gonzalez & Williams, P.C.
      Attorneys for Defendants
      Attention: Henry P. Gonzalez, Esq.

[Handwritten endorsement:] Conf. cancelled

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, NOV 3, 2007, if the settlement is not consummated by then.

SO ORDERED:

[signature]
Lewis A. Kaplan
U.S.D.J.
10/4/07